UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY PAUL O'MEARA,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

Case No. 11-10070

Honorable Patrick J. Duggan

## **JUDGMENT**

Plaintiff initiated this action to challenge the final decision of the Commissioner of Social Security ("the Commissioner") denying his application for Disability Insurance Benefits. In an Opinion and Order entered on this date, the Court held that this case must be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's action is **DISMISSED WITH PREJUDICE FOR WANT OF PROSECUTION**.

Dated: October 12, 2011

    s/PATRICK J. DUGGAN
    UNITED STATES DISTRICT JUDGE

Copies to:

Matthew S. Broderick, Esq.
Susan K. DeClercq, A.U.S.A.